JS-6

1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  LORI ANNE WHIPPLE, | Case No. CV 24-2269 AB (PVC) |
| 12           Petitioner, | |
| 13      v. | **JUDGMENT** |
| 14  ANISSA DE LA CRUZ, Acting Warden,[1] | |
| 15           Respondent. | |

16

17          Pursuant to the Court's Order of Dismissal,

18

19          IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without

20  prejudice for lack of jurisdiction.

21

22  DATED:  April 15, 2024

23                                         _____
24                                         ANDRE BIROTTE JR.
                                           UNITED STATES DISTRICT JUDGE
25

26

27  _____
    [1] Anissa De La Cruz, Acting Warden of the Central California Women's Facility
28  (CCWF), where Petitioner is incarcerated, is substituted as the proper Respondent.  Fed.
    R. Civ. P. 25(d).